ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Shams Walizada Construction Company | ) | ASBCA No. 60754 |
| | ) | |
| Under Contract No. H92237-11-C-0608 | ) | |

APPEARANCE FOR THE APPELLANT:          Mr. Shams ur Rehman
                                       President

APPEARANCES FOR THE GOVERNMENT:        Jeffrey P. Hildebrant, Esq.
                                        Air Force Deputy Chief Trial Attorney
                                       Anna F. Kurtz, Esq.
                                        Trial Attorney

## ORDER OF DISMISSAL

By Order dated 24 August 2016, the Board requested that appellant provide a copy of the claim it submitted to the contracting officer prior to the filing of this appeal. In response, appellant indicated that it desires to submit its claim to the contracting officer for a decision. The government has provided appellant with the contact information for the cognizant contracting officer. By Order dated 21 October 2016, the Board informed the parties that it intended to dismiss this appeal unless either party objected within 14 days of the date of the Order. The Board has not received an objection from either party.

Accordingly, this appeal is dismissed without prejudice to the contractor's submittal of a claim to the contracting officer.

Dated: 8 November 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60754, Appeal of Shams Walizada Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals